UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VLADIMIR BARARUSHKIN, *et al.*,<br><br>                    Defendants. | No. 07 Crim. 0692 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on February 14, 2008, the Court adopted the following directives:

Defendants shall submit pre-trial motions, if any, by April 1, 2008.

The Government shall submit its opposition thereto by April 15, 2008.

The parties shall appear for a final pre-trial conference on April 8, 2008, at 10:00 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

Trial in this action shall commence on May 5, 2008, at 9:30 a.m.

SO ORDERED.

Dated:      New York, New York
            March 3, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08