UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

VLADIMIR BARARUSHKIN, *et al.*,

                Defendants.

No. 07 Crim. 0692 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  4/9/08

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on April 8, 2008, the Court adopted the following

directives:

By April 21, 2008, the Government shall submit a letter setting forth any evidence it
anticipates introducing at trial pursuant to Federal Rule of Evidence 404(b).  Defendants
shall submit their opposition thereto by April 30, 2008.

By April 23, 2008, the parties shall jointly submit (1) a proposed *voir dire*; and (2) a
proposed jury charge.  As to each of these submissions, the parties must list their
respective objections, if any, to the items listed, briefly address the basis for each
objection, and include a proposed alternative version of the item to which they object.

By April 23, 2008, the parties shall submit their respective motions *in limine*, if any.

By May 1, 2008, the Government shall submit (1) a list of the exhibits it intends to offer
at trial, and (2) a list of the witnesses it intends to present at trial.

By May 1, 2008, the Government shall disclose to defendants any materials that fall
within the scope of 18 U.S.C. § 3500.

The parties shall appear for a final pre-trial conference in this action on April 30, at 3:00
p.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York,
New York.

Trial in this action will commence, as previously scheduled, on May 5, 2008.

SO ORDERED.

Dated:      New York, New York
           April 8, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE