July 29, 2008

To whom it may concern;

My name is DiRienzo Giovanni, REG #60-726-054, i am writing this letter on the behalf of MR. BARARUSHKIN VLADIMIR, affectionatly known as "Russia" in our unit 3 NORTH.!! Since my arrival at M.D.C. Brooklyn, from Canada, in January, i have had the pleasure of being in the company of "Russia". Over time he has been teaching the finer points of CHESS. Many inmates have learned a great deal from him, including myself.!! Not only is Vladimir a patient and humble teacher, he is also a great listner to many whom have asked for his help. Never once has he refused to help, or instruct someone whom has asked his assistance. MR. Vladimir is also very disciplined in his everyday actions, always smiling, and ever ready to help out. So much so that some inmates from our next unit, 3 South will sometimes come just to sit and have a game of chess with him. I hope you will also see him as we do, a humble and generous man. Thank You

[signature]

Levan Chvelidze
MDC Brooklyn
Brooklyn, NY, 11232

To: Federal Judge
Re: Bararuskin Vladimir

Dear Sir,

I'm writing this letter in support of Mr. Bararuskin Vladimir, who's been staying in MDC Brooklyn, together with me, more than a year.

I consider him a very friendly, helpful person: he helped me a lot with translations, taught me to play chess and has been very friendly all this time.

He's very polite and intelligent person, and I'd like to render him my morall support, in relation with his case

Sincerely,

Zareh Sarkissian
04710-748
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

RE: Vladimir Bararushkin

Dear Sir;

Over a year ago I met Mr. Vladimir Bararushkin in MDC Brooklyn, where we share the same housing unit. Throughout this time, I found him to be one of the most modest people that I've come to know here. He is a soft-spoken gentleman who carries himself with class.

Many of us have great respect for Vladimir. Though we find ourselves in such a vulgar setting, he always maintains the same steady patience and courtesy. He has taught many of us how to advance ourselves in both chess and the Russian language.

It has been such a pleasure to have crossed paths with Vladimir. I wish him a speedy closure with his case.

Yours Truly,

Zareh Sarkissian

Honorable Richard J. Sullivan                                        June 4, 2008
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Mr Bararushkin:

This is to confirm that I've known Mr, Bararushkin for over eight years. We met when he moved into an apartment over mine, & have remained friends all this time. I have found him to be very loyal & trustworthy. He also shared a lot of his interests in literature, invention he was working at, raising his son, plus his love for this country.

Any time he could do a favor, he was more then happy to help. He was the first to volunteer whenever I had a problem that he could help with. Considering that I'm 82 years old, I've had plenty of problems that he helped with. As a parent, he looked after his son and made sure he was always in good company, and helped with his studies.

Since he's been away, I've tried to look after his son as much as possible, but of course, not like his father would.

He never drank any liqueur, never smoked & always tried to be a good example for his son, who misses him tremendously, as we all do.

I'm sure we would all appreciate any leniency shown to him.

Sincerely,
Tobias Gold

*Tobias Gold*

11 Beaumont Street
Brooklyn, N.Y.
11235

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Mr. Bararushkin

I'm writing this letter to help my friend. I've known Mr. Bararushkin for ten years, during that time he helped out my family a lot. He's a very honest, hard working, friendly, and a very intelligent man. Always ready to help his family, friends and anyone who needs it.

I think very highly of him, especially after he helped me reunite with my son. When his ex wife passed away he did everything to make her last request come true, by transferring her ashes back to Russia to be buried next to her mother. He's the kind of person who would never leave you in trouble and do everything in his power to help.

I know that his being in prison is hurting all of his friends, family and especially his sons. He's the only one who can take care of them. His stepson in Russia is very sick, along with his own brother who is also ailing.

A lot of people depend on him, most of all Alex, who I'm really worried about, because he hasn't been the same since. He had problems in the past and he really needs his father's presence in his life.

We all miss him and his guidance, and we would greatly appreciate any leniency you could show him.

Sincerely,
Irina Balan

*Irina Balan*

69-35 68th street, 1st floor
Glendale, NY 11385

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

I'm writing this letter to provide a reference for Mr. Vladimir Bararushkin. I have known Mr. Bararushkin professionally for over eight years and I have never met a more trust worthy, hardworking and respectful person than him. He's the only person that I know that works seven days a week. In all the years that I've know him he never let me down, and always gave a helping hand, no matter what the problem or the question. He does not discriminate on the job he has to do, even if it's a small job he would treat you the same as everyone else, politely, friendly and with concern to your problem. An intelligent person, he has a masters in engineering, he also finished Queensborough College at the age of fifty, which just shows his drive to achieve more in his life. He talks about his achievements in patents and plans to move into investment, speaks several languages and is a great translator. In his personal life I can tell he's a great father, because he always talks about his son with such passion. Altogether I can't say anything bad about him, he's a great person and we all need him back, and any leniency you could show him would be greatly appreciated.

Sincerely,
Todor Poriazov

*Todor Poriazov*

69-35 68th street, 1st Floor
Glendale, New York, 11385

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Vladimir Bararushkin

My name is Alexei and Vladimir Bararushkin is my father, and not only that he's also my friend. He's honest, kind, smart, caring and has a great sense of humor. He's the best parent a child could wish for. I don't remember a moment from my childhood which my father wasn't in. We did everything together, and I've never met a person since who has the same outlook on life as me. He has several college degrees, including a masters degree in engineering, and also a very good chess player. He never turns his back on his family and friends and will stand by you no matter what. After my mother passed away my life spiraled out of control and he did everything to keep me together and no matter what happened he was always there for me. Since he went to prison life for me changed for the worst, I don't have a good enough job to sustain myself, I haven't been able to pay the mortgage for almost a year and pretty soon will be forced out of our house, besides that I've been taking on a lot of stress from trying to keep everything together, and not to have my father here for support I don't know how long I will be able to last. He's the only family I have left in America. My uncle is in Russia, my brother too. My brother is sick and both my brother and my uncle depend on my father for survival. It's very hard on all of us to be apart like this. My father wants to help us and he can't, I'm doing my best but I can't hold on for too long. And without him back in our lives I'm scared for the worst not to happen. I sincerely ask for your leniency, so our family could be together again.

Sincerely,
Alexei Bararushkin

*[signature]*

2375 East 16th street
Brooklyn, NY 11229
(917)518-4918

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Character Letter on behalf Mr. Vladimir Bararushkin

    My name is Lyudmila Detinenko, and I'm writing this letter to help out a good friend. I have know Mr. Bararushkin for ten years as a friend and a helping hand. We are from the same country, and some of my family still lives in the city where he was born, so in a way I feel that brings us a little closer to each other. He is a great person, kind, punctual, hardworking, and is always there when I'm in need of his help. If I have a problem he would drop everything and come to my aid. I have a problem with my English and that's why I would always call him for help, he would translate documents and letters for me, which I would never be able to do on my own. He saved me from a lot of problems.

    He is a great father as well, I got to know his son, who helped me with my computer problems when he was just thirteen, he was always polite and courteous, just goes to show that he was raised well. He is a very driven person who can accomplish anything, he used to tell me about how much progress he made in the patent business, how he would fly to Russia and England to meet different people to progress his ideas, and I know he's going to achieve a whole lot more in life.

    But for now it's very hard for all of us to cope with life without him, we all miss him very much and can't wait till he be back again. So I ask if you can show him any leniency we would be forever greatful.

Sincerely,
Lyudmila Detinenko
*Детиненко*
3041 Avenue W, Apt. 5D
Brooklyn, NY 11229

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The purpose of this is to provide a character reference for Mr. Vladimir Bararushkin whom I have known as a step-father and good friend for a period of five years. As a friend, Vladimir Bararushkin is a standout. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a great direct communicator and knows how to raise and discuss common living issues and problems in a non-threatening manner. He is hyper-sensitive and is always tuned into how another person might "feel" in a given situation.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Valdimir. All in all, I would have to say that Vladimir Bararushkin is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Anton Ossipenkov                                   *Ossipenkov*
352 kings' hwy 2nd fl

Brooklyn, NY 11223

Honorable Richard J. Sullivan

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: Vladimir Bararushkin

My name is Albina Ossipenkova and Vladimir Bararushkin is my ex-husband.

I have known Vladimir Bararushkin over 8 years. Since I met him I found him a very responsible and reliable person. He is a very good person and friend he knows how to approach people and help them. I see him as very open and understandable and fair to everyone. His son Alexei is a kind of person if you ask for help he is going to be always there. Overall he is a very good son. Vladimir also provided the same treatment for Anton (my son) as for Alexei. As I mention before he is very fair man. Vladimir respect his parent and support them, go to them and when his father died, he wants his mother to be here. He tried to give her best treatments that he always wishes. He always respected me and I can always depend on him.

Sincerely,

Albina Ossipenkova

352 kings' hwy 2nd FL

Brooklyn, NY 11223

(718) 339-1492